**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Pride Truck Wash, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3034789** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **500 S Polk St, Ste. 16** **Greenwood, IN 46143** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Johnson** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Pride Truck Wash, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **Pride Truck Wash, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Pride Truck Wash, LLC**
_____
Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  8, 2019**
_____
MM / DD / YYYY

**X /s/ Jay Bryant**
_____
Signature of authorized representative of debtor

**Jay Bryant**
_____
Printed name

Title   **President**
_____

**18. Signature of attorney**

**X /s/ KC Cohen**
_____
Signature of attorney for debtor

Date **November  8, 2019**
_____
MM / DD / YYYY

**KC Cohen 04310-49**
_____
Printed name

**KC Cohen, Lawyer, PC**
_____
Firm name

**151 N Delaware St., Ste. 1106**
**Indianapolis, IN 46204**
_____
Number, Street, City, State & ZIP Code

Contact phone   **3177151845**          Email address   **kc@smallbusiness11.com**

**04310-49 IN**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Pride Truck Wash, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 8, 2019**     *X* **/s/ Jay Bryant**
                                           Signature of individual signing on behalf of debtor

                                          **Jay Bryant**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pride Truck Wash, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BSB Leasing 7921 Soutpark Plaza Littleton, CO 80120** | | **truck washing equipment located in shepardsville that has been fully depreciated** | | **$20,945.62** | **$0.00** | **$20,945.62** |
| **Community Wide FCU 377 Ranier Rd. Valparaiso, IN 46385** | | **Trade debt** | | | | **$14,281.08** |
| **DuBois Chemicals, Inc 2659 Solution Center 800-543-4906 Chicago, IL 60677** | | **Trade debt** | | | | **$27,075.30** |
| **Everest Business Funding 5 West 37th Street Suite 1100 New York, NY 10018** | | **unsecured loan** | | | | **$43,461.72** |
| **Florida Dept of Rev Audit Office Tallahassee Central Service PO Box 6417 Tallahassee, FL 32314** | | **sales tax** | **Disputed** | | | **$36,739.09** |
| **Forward Financing 100 Summer St., #1175 Boston, MA 02110** | | **unsecured loan** | | | | **$66,252.03** |
| **Huntington Bank Line of Credit P.O Box 182232 Columbus, OH 43218** | | **unsecured loan** | | | | **$24,809.61** |

Debtor    **Pride Truck Wash, LLC**                                              Case number *(if known)*
                  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Loutrica Bryant 6763 Bowling Green Rd Scottsville, KY 42164** | | unsecured loan | | | | $39,500.00 |
| **On Deck 2016 1400 Broadway New York, NY 10018** | | | | $85,500.00 | $0.00 | $85,500.00 |
| **Principis US - Hebron 132 W 31st Suite 1310 New York, NY 10116** | | | | $115,343.96 | $0.00 | $115,343.96 |
| **Principis US - Loan Franklin 132 W 31st Suite 1310 New York, NY 10116** | | | | $44,952.88 | $0.00 | $44,952.88 |
| **Principis US - Loan Ft. Pierce 132 W 31st Suite 1310 New York, NY 10116** | | | | $31,417.91 | $0.00 | $31,417.91 |
| **Principis US - Shep 132 W 31st Suite 1310 New York, NY 10116** | | | | $104,153.14 | $0.00 | $104,153.14 |
| **Regions CC P.O. Box 2224 Birmingham, AL 35246** | | unsecured loan | | | | $55,814.11 |
| **Regions Line of Credit P.O. Box 1984 Birmingham, AL 35201** | | unsecured loan | | | | $41,007.54 |
| **Springfield State Bank P.O. Box 231 Springfield, KY 40069** | | wash facility located in Shepardsville, Kentucky; Date of purchase: June 6, 2014 Land: Exhibit A states 3.994 acre tract.  On 9-25-18 we sold 300 S | | $1,182,214.76 | $0.00 | $1,182,214.76 |
| **Terry Bryant 6763 Bowling Green Rd Scottsville, KY 42164** | | unsecured loan | | | | $17,736.10 |

Debtor    **Pride Truck Wash, LLC**                                           Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TN Dept of Revenue 500 Deaderick Street Andrew Jackson State Office Building Nashville, TN 37242** | | **sales tax** | | | | **$110,450.41** |
| **US Bank Franklin CC P.O Box 790408 St. Louis, MO 63179** | | **unsecured loan** | | | | **$25,678.91** |
| **Valley Bank PO Box 17540 Clearwater, FL 33762** | | **deficiency from sale of Ft. Pierce real estate** | **Unliquidated** | | | **$386,977.42** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pride Truck Wash, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................  $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................  $ _____283,307.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................  $ _____283,307.00_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ ___1,730,052.40_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ _____147,731.22_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$ _____819,182.89_

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                                     $   2,696,966.51

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Pride Truck Wash, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **see attached list of accounts and balances** | **checking** | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                    | $0.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Pride Truck Wash, LLC**                                    Case number *(If known)* _____
           Name

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.**   **Total of Part 3.**                                                                              **$0.00**
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale see attached list of inventory** | | **$0.00** | | **$3,815.00** |
| **22.**   **Other inventory or supplies** | | | | |

**23.**   **Total of Part 5.**                                                                            **$3,815.00**
          Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
          ■ No
          ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ■ No
          ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Pride Truck Wash, LLC**                                      Case number *(If known)* _____
          Name

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2015 ford f250 pickup** | **$0.00** | **Expert** | **$25,000.00** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**see attached list of vehicles, machinery and<br>equipment used in the operation of the<br>business** | **$0.00** | | **$178,892.00** |
| **truck washing equipment located in<br>shepardsville that has been fully depreciated** | **$0.00** | | **$0.00** |
| **security systems** | **$0.00** | **Expert** | **$3,300.00** |
| **lighted sign** | **$0.00** | **Expert** | **$14,000.00** |
| **Hillsboro trailer/printing equipment** | **$0.00** | **Expert** | **$12,000.00** |
| **2014 ATC Quest trailer** | **$0.00** | **Expert** | **$22,000.00** |
| **4 used polish machines** | **$0.00** | **Expert** | **$8,300.00** |
| **VIS Shine system** | **$0.00** | **Expert** | **$2,500.00** |
| **truck washing equipment** | **$0.00** | **Expert** | **$10,000.00** |
| **digital sign** | **$0.00** | **Expert** | **$3,500.00** |

| 51. | **Total of Part 8.** | | |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | **$279,492.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor  **Pride Truck Wash, LLC**                                Case number *(If known)* _____
         Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **wash facility located in Shepardsville, Kentucky; Date of purchase: June 6, 2014 Land: Exhibit A states 3.994 acre tract.  On 9-25-18 we sold 300 SF to the state of KY for their work that they wanted to complete and needed part of our land. Size of building: 132 ft long Lobby to front of building  70ft wide side to side.  2 Wash bays, 1 pump room, 1 lobby, 1 office Concrete slab** | Fee simple | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                              $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Pride Truck Wash, LLC** | Case number *(If known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

59. **Does the debtor have any interests in intangibles or intellectual property?**

�■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

�■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Pride Truck Wash, LLC**                                    Case number *(If known)*
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,815.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $279,492.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $283,307.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $283,307.00 |

| KNOXVILLE | S | M | L | XL | 2X | 3X | 4X |
|---|---|---|---|---|---|---|---|
| American Patriot | 5 | | 8 | | | 2 | |
| AR | 3 | 1 | | | | | |
| Bare Arms | | | | | | | |
| Smell of Diesel | | 1 | | | 1 | 1 | |
| Flatbed Forever | 2 | 7 | 5 | | | | |
| Chillin Reefer | | | | | | 2 | |
| Rig Rat Hoodie | | | | | | | |
| Tanker Yanker | 3 | | 5 | 1 | 1 | | |
| Tarp Monkey Green | 1 | 2 | 1 | 5 | 3 | | 1 |
| Tarp Monkey Orange | 3 | | | 1 | | | |
| Waiting on Dispatch | 3 | 1 | | | | 4 | 8 |
| | | | | | Total | 81 | |

| HEBRON | S | M | L | XL | 2X | 3X | 4X |
|---|---|---|---|---|---|---|---|
| American Patriot | 4 | 4 | 2 | 2 | 1 | | 6 |
| AR | 6 | 5 | 1 | 3 | 3 | 4 | 5 |
| Bare Arms | | | | | 1 | | |
| Smell of Diesel | | | 6 | | | 3 | 3 |
| Flatbed Forever | 7 | 5 | 5 | 1 | 2 | 5 | 7 |
| Chillin Reefer | 3 | 1 | | | | | 1 |
| Rig Rat Hoodie | 4 | 2 | 2 | 1 | | | |
| Tanker Yanker | 6 | 6 | 6 | 3 | 2 | 1 | 2 |
| Tarp Monkey Green | 2 | 2 | 5 | 1 | 4 | 2 | 2 |
| Tarp Monkey Orange | 2 | 3 | 5 | 4 | 6 | 1 | 2 |
| Waiting on Dispatch | 4 | | 2 | | | | |
| | | | | | Total | 181 | |

| FRANKLIN | S | M | L | XL | 2X | 3X | 4X |
|---|---|---|---|---|---|---|---|
| American Patriot | 2 | 4 | | 1 | | 4 | 2 |
| AR | 1 | 1 | | | 2 | | 1 |
| Bare Arms | 1 | 1 | | 1 | 1 | | |
| Smell of Diesel | | 3 | 2 | 1 | 2 | 1 | |
| Flatbed Forever | | | 5 | 6 | 4 | 7 | 2 |
| Chillin Reefer | | | | | | | |
| Rig Rat Hoodie | | | | | | | |
| Tanker Yanker | 7 | 4 | 6 | 6 | | 1 | 3 |
| Tarp Monkey Green | 3 | 1 | 3 | 6 | 3 | 3 | |
| Tarp Monkey Orange | 1 | | 5 | 3 | 2 | | |
| Waiting on Dispatch | 4 | 1 | 2 | | 5 | 5 | 1 |
| | | | | | Total | 130 | |

| SHEPHERDSVILLE | S | M | L | XL | 2X | 3X | 4X |
|---|---|---|---|---|---|---|---|
| American Patriot | | 2 | | 3 | | 3 | 9 |
| AR | 2 | 1 | | | 3 | 3 | 2 |
| Bare Arms | | | | | | | |
| Smell of Diesel | 5 | 5 | 12 | 10 | 9 | 6 | 4 |
| Flatbed Forever | | | 3 | 2 | | 3 | 1 |
| Chillin Reefer | 1 | 8 | 1 | | | | |
| Rig Rat Hoodie | | | | | | | |
| Tanker Yanker | 3 | 1 | 5 | | | | |
| Tarp Monkey Green | 3 | 2 | 8 | 9 | 7 | | |
| Tarp Monkey Orange | 4 | | 5 | 1 | 7 | 6 | 2 |
| Waiting on Dispatch | 7 | 3 | 2 | 3 | 7 | 7 | 5 |
| | | | | | Total | 195 | |

| TOTALS | S | M | L | XL | 2X | 3X | 4X | TOTALS |
|---|---|---|---|---|---|---|---|---|
| American Patriot | 11 | 10 | 10 | 6 | 1 | 9 | 17 | 64 |
| AR | 12 | 8 | 1 | 3 | 8 | 7 | 8 | 47 |
| Bare Arms | 1 | 1 | | 1 | 2 | | | 5 |
| Smell of Diesel | 5 | 15 | 14 | 11 | 15 | 11 | 7 | 78 |
| Flatbed Forever | 9 | 12 | 18 | 9 | 6 | 15 | 10 | 79 |
| Chillin Reefer | 4 | 9 | 1 | | | 2 | 1 | 17 |
| Rig Rat Hoodie | 4 | 2 | 2 | 1 | | | | 9 |
| Tanker Yanker | 19 | 11 | 22 | 10 | 3 | 2 | 5 | 72 |
| Tarp Monkey Green | 9 | 7 | 17 | 21 | 17 | 5 | 3 | 79 |
| Tarp Monkey Orange | 10 | 3 | 15 | 9 | 15 | 7 | 4 | 63 |
| Waiting on Dispatch | 18 | 5 | 6 | 3 | 12 | 16 | 14 | 74 |
| | | | | | | | | 587 |

value $6.50

total $3,815.50

List of Inventory

Knoxville, TN            Pride Truck Wash            9/5/2019

Asset Inventory List

| Quantity | Item | Full Description | Original Value | Current Value |
|---|---|---|---|---|
| 1 | computer | desk top computer | $725 | $225 |
| 1 | ro | reverse osmosis | $7,350 | $1,500 |
| 2.5 | chem | Brightner | $1,312 | $1,312 |
| 4 | chem | soap big red | $320 | $320 |
| 6 | polisher | polisher wheel 1repairable /1gone | $38,400 | $8,300 |
| 1 | Freightliner truck | Striaght Truck Box | $41,957 | $17,250 |
| 1 | Pull Behind Lift | Towable Boom Lift | $25,207 | $16,000 |
| 1 | Security Cameras | 4 Video Camera/DVR Systems | $35,426 | $3,300 |
| 1 | Water Softeners | Water softeners | $24,929 | $2,500 |
| 1 | Lighted Sign | Lighted Sign | $40,512 | $14,000 |
| Total | | | $ 216,137.84 | $ 64,707.00 |

Hebron, IN            Pride Truck Wash            9/5/2019

Asset Inventory List

| Quantity | Item | Full Description | Original Value | Current Value |
|---|---|---|---|---|
| 2 | computer | ticket writing &office commputer | $1,100 | $275 |
| 3 | chemicals | Brightner | $1,575 | $1,575 |
| 4 | chemicals | soap | $320 | $320 |
| 1 | tools | misc tools | $525 | $220 |
| 1 | 2015 F250 Truck | 2015 Company Truck | $62,864 | $42,212 |
| 1 | 2014 Quest Trailer | 2014 Quest Marketing Trailer | $41,400 | $20,000 |
| 1 | 2007 Hillsboro Trailer | 2007 Gooseneck/uniform printing eq | 31,768 | 12,000 |
| 1 | Polish Machines | Polish Machines | $36,840 | $8,300 |
| Total | | | $ 139,551.80 | $ 76,602.00 |

epherdsville, KY            Pride Truck Wash            9/5/2019

Asset Inventory List

| Quantity | Item | Full Description | Original Value | Current Value |
|---|---|---|---|---|
| 1 | Declorinator | tank head /damaged | $1,100 | $100 |
| 1 | water softners | Culligan  010221125 | $8,762 | $1,200 |
| 1 | RO | Reverse Osmosis with pump | $10,000 | $2,000 |
| 3 | ladder | ladder 8ft | $225 | $75 |
| 8 | motor | 3ph motor 10hp | $5,600 | $2,800 |

vehicle, machinery and equipment list

| 8 | Hypro pump | 2414bp Hypro | $6,152 | $1,600 |
| 1 | boiler | drive way heater/winter/non-func | $10,000 | $500 |
| 3 | pump stand | 4tier and 2tier | $4,000 | $800 |
| 5 | tank | 5 various tanks | $5,500 | $1,000 |
| 1 | rack | parts rack | $600 | $100 |
| 4 | archway | chemical archway (needs repaired) | $11,500 | $2,500 |
| 2 | computer | Desktop/monitor | $1,200 | $250 |
| 1 | bench | work bench /vise | $500 | $200 |
| 18 | guns setup | misc guns, wands, hose etc | $6,300 | $1,500 |
| 32 | brushes etc | brushes poles attachments | $1,600 | $400 |
| 1 | misc office | office equipment | $2,500 | $500 |
| 1 | wheel barrel | wheel barrel | $125 | $50 |
| 1 | jet pump | jet pump m/expansion tank | $280 | $100 |
| 1 | Brightner | 55gal tw brightner | $258 | $258 |
| 1 | TW soap | soap tw 500lbs. | $342 | $342 |
| 1 | Tire Shine | 5gal Tireshine | $93 | $93 |
| 1 | Tool Box | Tool Box/misc tools | $1,200 | $300 |
| 2 | Repress pump | 2 repress pump system | $6,000 | $1,600 |
| 1 | boiler | Raypak /0707268862 | $12,000 | $2,900 |
| 1 | boiler | Raypak/0705267052 | $8,500 | $1,850 |
| 1 | chem delivery | chemical repress with tank | $4,500 | $450 |
| 1 | pump  mini | pump reject | $285 | $125 |
| 7 | Dosetron | Dosetron board setup | $6,500 | $1,700 |
| 2 | hot water | Storage tank stainless | $2,800 | $375 |
| 2 | Repress pump | 2 repress pump system | $4,800 | $1,450 |
| 1 | fan | Fan | $150 | $75 |
| 1 | safe | Large Safe | $400 | $300 |
| 2 | microwave | microwave | $150 | $50 |
| 1 | TV DVD | TV DVD | $450 | $125 |
| 2 | Vacuum | Adams Exterior vacuum | $2,604 | $825 |
| 3 | scaffold | misc scaffolds/need repaied | $1,200 | $250 |
| 1 | Emp booth | Employee break booth | $200 | $50 |
| 1 | Digital Sign | Digital Sign | $20,702 | $3,500 |
| 1 | Portable Swager | pipe threader and die | $4,095 | $2,150 |

Total                                    $   153,173.12   $      34,443.00


Franklin, KY                          Pride Truck Wash                     9/5/2019
                                      Asset Inventory List


                                  vehicle, machinery and equipment list

| Quantity | Item | Full Description | Original Value | Current Value |
|---|---|---|---|---|
| 1 | computer | desk top computer | $650 | $200 |
| 1 | ro | reverse osmosis | $7,350 | $1,500 |
| 2 | chem | Brightner | $1,050 | $1,050 |
| 3 | chem | soap big red | $240 | $240 |
| 1 | misc tools | tools and cabinet | $525 | $150 |
| Total | | | $ 9,815.00 | $ 3,140.00 |
| | | | | $ 178,892.00 |
| | | inventory | | $3,815.50 |

vehicle, machinery and equipment list

| Fill in this information to identify the case: |
|---|

Debtor name    **Pride Truck Wash, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **BSB Leasing** | Describe debtor's property that is subject to a lien | $20,945.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**truck washing equipment located in shepardsville that has been fully depreciated**

**7921 Soutpark Plaza
Littleton, CO 80120**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/5/2016**

**Last 4 digits of account number**
**7484**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Direct Capital** | Describe debtor's property that is subject to a lien | $9,600.00 | $3,300.00 |
|---|---|---|---|---|

Creditor's Name

**security systems**

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/7/2016**

**Last 4 digits of account number**
**4003**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor **Pride Truck Wash, LLC**                                    Case number (if know) _____
        Name

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **eLease Funding** | Describe debtor's property that is subject to a lien | $21,944.00 | $14,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**lighted sign**

**358 First Ave North
Saint Petersburg, FL 33701**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known
☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**1/12/2018**
☑ No

**Last 4 digits of account number**
**5000**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **eLease Funding** | Describe debtor's property that is subject to a lien | $15,884.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Hillsboro trailer/printing equipment**

**358 First Ave North
Saint Petersburg, FL 33701**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known
☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**1/23/2018**
☑ No

**Last 4 digits of account number**
**4000**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **eLease Funding** | Describe debtor's property that is subject to a lien | $20,010.00 | $22,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2014 ATC Quest trailer**

**358 First Ave North
Saint Petersburg, FL 33701**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known
☑ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 8

Debtor    **Pride Truck Wash, LLC**                                        Case number (if know) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **5/9/2017** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **ELF1** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **eLease Funding** | **Describe debtor's property that is subject to a lien** | $11,666.00 | $8,300.00 |
|---|---|---|---|---|
| | Creditor's Name | **4 used polish machines** | | |

**358 First Ave North**
**Saint Petersburg, FL 33701**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/19/2016**
**Last 4 digits of account number**
**2ELF**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **eLease Funding** | **Describe debtor's property that is subject to a lien** | $1,378.00 | $2,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **VIS Shine system** | | |

**358 First Ave North**
**Saint Petersburg, FL 33701**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/17/2016**
**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Geneva Capital** | **Describe debtor's property that is subject to a lien** | $10,640.00 | $10,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Pride Truck Wash, LLC**                                    Case number (if know) _____
_____
Name

Creditor's Name                                    **truck washing equipment**
_____

**1311 Broadway St**
**Alexandria, MN 56308**
_____
Creditor's mailing address                    **Describe the lien**
                                               _____

                                               **Is the creditor an insider or related party?**
_____              ■ No
Creditor's email address, if known            ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
**12/14/2017**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**86WS**
**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.9 | **Geneva Capital** | **Describe debtor's property that is subject to a lien** | $2,412.27 | $3,500.00 |

Creditor's Name                                    **digital sign**
_____

**1311 Broadway St**
**Alexandria, CO 80120**
_____
Creditor's mailing address                    **Describe the lien**
                                               _____

                                               **Is the creditor an insider or related party?**
_____              ■ No
Creditor's email address, if known            ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
**12/22/2014**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4186**
**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.1 0 | **Huntington Bank** | **Describe debtor's property that is subject to a lien** | $30,845.29 | $25,000.00 |

Creditor's Name                                    **2015 ford f250 pickup**
_____

**P.O. Box 182232**
**Columbus, OH 43218**
_____
Creditor's mailing address                    **Describe the lien**
                                               **Purchase Money Security**
                                               _____
                                               **Is the creditor an insider or related party?**
_____              ■ No
Creditor's email address, if known            ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
**6/30/2017**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**5204**
**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 8

Debtor   **Pride Truck Wash, LLC**
_____   Case number (if know) _____
Name

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.1 | **Kabbage** | Describe debtor's property that is subject to a lien | **$12,591.27** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1-888-986-8263**
**www.kabbage.com**
**No address seen**
Creditor's mailing address

Describe the lien
**blanket lien on all assets**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/12/2017**
Last 4 digits of account number
**3434**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | **On Deck 2016** | Describe debtor's property that is subject to a lien | **$85,500.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1400 Broadway**
**New York, NY 10018**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/31/2013**
Last 4 digits of account number
**hree**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.3 | **Principis Bass Financial** | Describe debtor's property that is subject to a lien | **$8,553.30** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2 Perlman Drive**
**Suite 201**
**Spring Valley, NY 10977**
Creditor's mailing address

Describe the lien

---

Debtor    **Pride Truck Wash, LLC**
_____    Case number (if know) _____
Name

|  | **Is the creditor an insider or related party?** |  |  |
|---|---|---|---|
| _____ | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **5/9/2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **7799** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.1 4 | **Principis US - Hebron** | **Describe debtor's property that is subject to a lien** | **$115,343.96** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **132 W 31st**<br>**Suite 1310**<br>**New York, NY 10116** | _____ | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | _____ | | |
| | | **Is the creditor an insider or related party?** | | |
| | _____ | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **6/6/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **6719** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 5 | **Principis US - Loan Franklin** | **Describe debtor's property that is subject to a lien** | **$44,952.88** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **132 W 31st**<br>**Suite 1310**<br>**New York, NY 10116** | _____ | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | _____ | | |
| | | **Is the creditor an insider or related party?** | | |
| | _____ | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/16/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7799** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | **Pride Truck Wash, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Principis US - Loan Ft. Pierce** | Describe debtor's property that is subject to a lien | $31,417.91 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**132 W 31st**
**Suite 1310**
**New York, NY 10116**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/3/2016**
Last 4 digits of account number
**6370**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Principis US - Shep** | Describe debtor's property that is subject to a lien | $104,153.14 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**132 W 31st**
**Suite 1310**
**New York, NY 10116**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/12/2017**
Last 4 digits of account number
**7214**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Springfield State Bank** | Describe debtor's property that is subject to a lien | $1,182,214.76 | $0.00 |
|---|---|---|---|---|

---

Debtor    **Pride Truck Wash, LLC**                                        Case number (if know) _____
          Name

| Creditor's Name | wash facility located in Shepardsville, Kentucky; Date of purchase: June 6, 2014 Land: Exhibit A states 3.994 acre tract.  On 9-25-18 we sold 300 SF to the state of KY for their work that they wanted to complete and needed part of our la |
|---|---|

**P.O. Box 231**
**Springfield, KY 40069**

Creditor's mailing address

**Describe the lien**
_____

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/25/2017**

**Last 4 digits of account number**
**6315**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      | $1,730,052.40 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Pride Truck Wash, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$36,739.09** | **$0.00** |
|  | **Florida Dept of Rev**<br>**Audit Office Tallahassee Central**<br>**Service**<br>**PO Box 6417**<br>**Tallahassee, FL 32314** |  |  |  |
|  | Date or dates debt was incurred<br>**May-18** | Basis for the claim:<br>**sales tax** |  |  |
|  | Last 4 digits of account number **2BPN** | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$541.72** | **$0.00** |
|  | **Lake County Treas**<br>**2293 N. Main Street**<br>**Crown Point, IN 46307** |  |  |  |
|  | Date or dates debt was incurred<br>**8/26/2019** | Basis for the claim:<br>**property tax** |  |  |
|  | Last 4 digits of account number **3800** | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

Debtor   **Pride Truck Wash, LLC**                                      Case number *(if known)*
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,450.41 | $0.00 |
|---|---|---|---|---|

2.3 | Priority creditor's name and mailing address

**TN Dept of Revenue**
**500 Deaderick Street**
**Andrew Jackson State Office**
**Building**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$110,450.41    $0.00

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **6SLC**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $879.08 |
|---|---|---|---|

**Advanced Boiler & Combustion Inc**
**1415 Linden Ave**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/1/2018

Basis for the claim: **Trade debt**

**Last 4 digits of account number** Pride Truck Wash

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,383.52 |
|---|---|---|---|

**Allegius Credit Union**
**377 Ranier Rd.**
**Valparaiso, IN 46382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/1/2014

Basis for the claim: **Trade debt**

**Last 4 digits of account number** Steve Silkett

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $998.35 |
|---|---|---|---|

**Aramark**
**PO Box 731676**
**800-504-0328**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Apr-19

Basis for the claim: **Trade debt**

**Last 4 digits of account number** 3139

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Astbury**
**5940 W. Raymond Street**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May-19

Basis for the claim: **Trade debt**

**Last 4 digits of account number** Pride Truck Wash

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,181.56 |
|---|---|---|---|

**BB&T Credit Card 5229**
**PO Box 580340**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/19/2019

Basis for the claim: **unsecured loan**

**Last 4 digits of account number** nine

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pride Truck Wash, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,398.13**

**BB&T Credit Card 8636**
**P.O. Box 200**
**Wilson, NC 27894**

Date(s) debt was incurred  **Oct-18**

Last 4 digits of account number  **3six**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.05**

**Boiler Equipment CO**
**1443 N 6th Ave**
**865-525-0771**
**Knoxville, TN 37917**

Date(s) debt was incurred  **Feb-19**

Last 4 digits of account number  **ce19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,631.20**

**Bridgestone Hose Power**
**PO Box 861777**
**Orlando, FL 32886**

Date(s) debt was incurred  _

Last 4 digits of account number  **8050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,341.11**

**Chase Ending 4171**
**P.O. Box 15123**
**Wilmington, DE 19850**

Date(s) debt was incurred  **12/18/2012**

Last 4 digits of account number  **4171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,420.26**

**Chase Ending 5403**
**P.O. Box 15123**
**Wilmington, DE 19850**

Date(s) debt was incurred  **Nov-18**

Last 4 digits of account number  **5403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,636.48**

**Comcast Business**
**PO Box 71211**
**800-391-3000**
**Charalotte, NC 28272**

Date(s) debt was incurred  **12/28/2018**

Last 4 digits of account number  **9808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,281.08**

**Community Wide FCU**
**377 Ranier Rd.**
**Valparaiso, IN 46385**

Date(s) debt was incurred  **11/1/2011**

Last 4 digits of account number  **Steve Silkett**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pride Truck Wash, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,154.94 |
|---|---|---|---|

**Dell Business Payable**
PO Box 5275
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8169**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,075.30 |
|---|---|---|---|

**DuBois Chemicals, Inc**
2659 Solution Center
800-543-4906
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8161**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,983.65 |
|---|---|---|---|

**Dultmeier Sales**
PO Box 45565
Omaha, NE 68145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/8/2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3359**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,166.11 |
|---|---|---|---|

**Easy Reach Supply**
3737 Capitol Ave
City of Industry, CA 90601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **I002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,362.26 |
|---|---|---|---|

**Ehlen Heldman & Co PC**
130 E Epler Ave.
Suite A
Indianapolis, IN 46227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2019**

Basis for the claim:  **services on account**

Last 4 digits of account number  **Pride Truck Wash**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,461.72 |
|---|---|---|---|

**Everest Business Funding**
5 West 37th Street
Suite 1100
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,252.03 |
|---|---|---|---|

**Forward Financing**
100 Summer St., #1175
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/4/2019**

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **Not on Docs**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pride Truck Wash, LLC**         Case number *(if known)* _____

   Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,809.61 |
|---|---|---|---|

**Huntington Bank Line of Credit**
**P.O Box 182232**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2016**

**Basis for the claim:** __unsecured loan__

Last 4 digits of account number  **5204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283.74 |
|---|---|---|---|

**Hydraulic Supply Co & IGS**
**300 International Parkway**
**Sunrise, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2019**

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  **Pride Truck Wash**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,642.00 |
|---|---|---|---|

**KO Manufacturing Inc**
**2720 E. Division Street**
**417-866-8000**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2015**

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  **0307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,500.00 |
|---|---|---|---|

**Loutrica Bryant**
**6763 Bowling Green Rd**
**Scottsville, KY 42164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/8/2018**

**Basis for the claim:** __unsecured loan__

Last 4 digits of account number  **Pride Truck Wash**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,397.42 |
|---|---|---|---|

**Pawnee Leasing Cort**
**3801 Automation Way**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2014**

**Basis for the claim:** __deficiency on secured loan-equipment no longer__
__exists__

Last 4 digits of account number  **7310**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,430.51 |
|---|---|---|---|

**PNC Bank 3056**
**P.O.Box 856177**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2011**

**Basis for the claim:** __unsecured loan__

Last 4 digits of account number  **5six**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,814.11 |
|---|---|---|---|

**Regions CC**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/2012**

**Basis for the claim:** __unsecured loan__

Last 4 digits of account number  **7301**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 5 of 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Pride Truck Wash, LLC**                                    Case number *(if known)* _____
        Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,007.54 |
|---|---|---|---|

**Regions Line of Credit**
P.O. Box 1984
Birmingham, AL 35201

Date(s) debt was incurred **4/24/2017**

Last 4 digits of account number **5073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,736.10 |
|---|---|---|---|

**Terry Bryant**
6763 Bowling Green Rd
Scottsville, KY 42164

Date(s) debt was incurred **3/3/2017**

Last 4 digits of account number **Pride Truck Wash**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,631.70 |
|---|---|---|---|

**TPM Group**
2040 River St.
Bowking Green, KY 42101

Date(s) debt was incurred **9/10/2019**

Last 4 digits of account number **95VS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,678.91 |
|---|---|---|---|

**US Bank Franklin CC**
P.O Box 790408
St. Louis, MO 63179

Date(s) debt was incurred **10/1/2017**

Last 4 digits of account number **3068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386,977.42 |
|---|---|---|---|

**Valley Bank**
PO Box 17540
Clearwater, FL 33762

Date(s) debt was incurred **1.13**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **deficiency from sale of Ft. Pierce real estate**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,170.00 |
|---|---|---|---|

**View Outdoor Advertising**
9800 Connecticut Dr.
Crown Point, IN 46307

Date(s) debt was incurred **10-May-19**

Last 4 digits of account number **Pride Truck Wash**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|

---

Debtor  **Pride Truck Wash, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 147,731.22 |
| **5b. Total claims from Part 2** | 5b. + $ | 819,182.89 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ 966,914.11 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **Pride Truck Wash, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **energy savings agreement** | |
| State the term remaining | **FES Contracts #1, LLLP** |
| List the contract number of any government contract | **5400 NW 35th Ave.** |
| | **Fort Lauderdale, FL 33309** |

**Fill in this information to identify the case:**

Debtor name          **Pride Truck Wash, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jay Bryant** | **1017 Rentham Ln**<br>**Indianapolis, IN 46217**<br>**guarantor of various debts including all**<br>**secured and deficiency claims** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Pride Truck Wash, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$3,244,291.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Pride Truck Wash, LLC** | Case number *(if known)* |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **see attached notice of filing** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    **Pride Truck Wash, LLC**                                      Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | **Pride Truck Wash, LLC** | Case number *(if known)* | |
|---|---|---|---|

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Pride Truck Wash, LLC**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Ehlen Heldman & Co PC**<br>**130 E Epler Ave.**<br>**Suite A**<br>**Indianapolis, IN 46227** | **all dates** |
| 26a.2. | **Lisa Fisher** | **all dates** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Pride Truck Wash, LLC**                                    Case number *(if known)*

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jay Bryant | 1017 Rentham Ln<br>Indianapolis, IN 46217 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | see #3 above | | | |

| Relationship to debtor |
|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Pride Truck Wash, LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  8, 2019**

**/s/ Jay Bryant**                                              **Jay Bryant**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| IN RE: | \| |
| | \| |
| **PRINCIPIS CAPITAL, LLC,** | \|    **Case No. 2:18-cv-5336-SJF-GRG** |
| | \| |
| Plaintiff, | \| |
| | \| |
| **PRIDE TRUCK WASH, LLC**, et al, | \| |
| | \| |
| Defendants, | \| |

### NOTICE OF BANKRUPTCY

The Defendant, Pride Truck Wash, LLC hereby gives notice of the filing of a petition in Bankruptcy, a copy of which is attached hereto as Exhibit "A".

Respectfully Submitted,

_____
KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for A Place to Float LLC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

### CERTIFICATE OF SERVICE

I certify that a copy of this document has been filed and served using the Court's electronic filing system so that parties are served via such system.

_____
KC Cohen

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing was filed using the Court's ECF system and parties will be served via such system as follows:

kc@esoft-legal.com;

tccatalyst@gmail.com;

jeff.hokanson@icemiller.com;

Cliff@cliffordfleming.com;

Jennifer.prokop@usdoj.gov;

Ken@kmmglawfirm.com;

tiffany@kmmglawfirm.com;

agnovak@nlkj.com;

kim@kmmglawfirm.com;

scox@hodgesdavis.com;

USTPRegion10.SO.ECF@usdoj.gov;

___/s/ KC Cohen__
KC Cohen

| | | |
|---|---|---|
| STATE OF INDIANA | 0 | IN THE MARION SUPERIOR COURT |
| | 0 | |
| COUNTY OF MARION          . | 0 | CAUSE NO.  49D11-1904-CC-16532 |

PRINCIPIS CAPITAL, LLC,                    |
                                           |
                Plaintiff,     |
                                           |
    vs.                                |
PRIDE TRUCK WASH, LLC, et al               |
                                           |
            Defendants.      |
                                           |

### NOTICE OF BANKRUPTCY

The Defendant, Pride Truck Wash, LLC hereby gives notice of the filing of a petition in

Bankruptcy, a copy of which is attached hereto as Exhibit "A".

Respectfully Submitted,

_____
KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for Pride Truck Wash, LLC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

### CERTIFICATE OF SERVICE

I certify that a copy of this document has been filed and served using the Court's electronic
filing system so that parties are served via such system.

_____
KC Cohen

IN THE CIRCUIT COURT
NINETEENTH JUDICIAL CIRCUIT IN AND FOR
ST. LUCIE COUNTY, FLORIDA

IN RE:                                          |
                                                |
**VALLEY NATIONAL BANK, LLC,**                  |          **Case No. 562019ca000638XXXHC**
                                                |
Plaintiff,                                      |
                                                |
**PRIDE TRUCK WASH, LLC**, et al,               |
                                                |
Defendants,                                     |

_____            _____

### NOTICE OF BANKRUPTCY

The Defendant, Pride Truck Wash, LLC hereby gives notice of the filing of a petition in Bankruptcy, a copy of which is attached hereto as Exhibit "A".

Respectfully Submitted,

_____
                                                KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for Pride Truck Wash, LLC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

### CERTIFICATE OF SERVICE

I certify that a copy of this document has been filed and served upon the following:

Jones Walker
201 S Biscayne Blvd., Ste. 2600
Miami, FL 33131

_____
                                                KC Cohen

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Pride Truck Wash, LLC** _____  Case No. _____

Debtor(s)                                          Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................... $ _____ **0.00**

   Prior to the filing of this statement I have received .............................. $ _____ **0.00**

   Balance Due ........................................................................ $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
| --- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**November  8, 2019** _____        **/s/ KC Cohen** _____
_Date_                                             **KC Cohen 04310-49**
                                                   _Signature of Attorney_
                                                   **KC Cohen, Lawyer, PC**
                                                   **151 N Delaware St., Ste. 1106**
                                                   **Indianapolis, IN 46204**
                                                   **3177151845  Fax: 3176368686**
                                                   **kc@smallbusiness11.com**
                                                   _Name of law firm_

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Pride Truck Wash, LLC**                                Case No. _____

                                   Debtor(s)                     Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jay Bryant**<br>**1017 Rentham LN**<br>**Indianapolis, IN 46217** | **membership interests** | **100** | **owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November  8, 2019** _____       Signature   **/s/ Jay Bryant** _____

                                                                         **Jay Bryant**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Indiana**

In re   **Pride Truck Wash, LLC**                                                   Case No.

                                                Debtor(s)                 Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November  8, 2019**                     **/s/ Jay Bryant**

                                                        **Jay Bryant**/President
                                                        Signer/Title

ADVANCED BOILER & COMBUSTION INC
1415 LINDEN AVE
KNOXVILLE, TN 37917


ALLEGIUS CREDIT UNION
377 RANIER RD.
VALPARAISO, IN 46382


ARAMARK
PO BOX 731676
800-504-0328
DALLAS, TX 75373


ASTBURY
5940 W. RAYMOND STREET
INDIANAPOLIS, IN 46241


BB&T CREDIT CARD 5229
PO BOX 580340
CHARLOTTE, NC 28258


BB&T CREDIT CARD 8636
P.O. BOX 200
WILSON, NC 27894


BOILER EQUIPMENT CO
1443 N 6TH AVE
865-525-0771
KNOXVILLE, TN 37917

BRIDGESTONE HOSE POWER
PO BOX 861777
ORLANDO, FL 32886


BSB LEASING
7921 SOUTPARK PLAZA
LITTLETON, CO 80120


CHASE ENDING 4171
P.O. BOX 15123
WILMINGTON, DE 19850


CHASE ENDING 5403
P.O. BOX 15123
WILMINGTON, DE 19850


COMCAST BUSINESS
PO BOX 71211
800-391-3000
CHARALOTTE, NC 28272


COMMUNITY WIDE FCU
377 RANIER RD.
VALPARAISO, IN 46385


DELL BUSINESS PAYABLE
PO BOX 5275
CAROL STREAM, IL 60197

```
DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH, NH 03801




DUBOIS CHEMICALS, INC
2659 SOLUTION CENTER
800-543-4906
CHICAGO, IL 60677




DULTMEIER SALES
PO BOX 45565
OMAHA, NE 68145




EASY REACH SUPPLY
3737 CAPITOL AVE
CITY OF INDUSTRY, CA 90601




EHLEN HELDMAN & CO PC
130 E EPLER AVE.
SUITE A
INDIANAPOLIS, IN 46227




ELEASE FUNDING
358 FIRST AVE NORTH
SAINT PETERSBURG, FL 33701




EVEREST BUSINESS FUNDING
5 WEST 37TH STREET
SUITE 1100
NEW YORK, NY 10018
```

```
FES CONTRACTS #1, LLLP
5400 NW 35TH AVE.
FORT LAUDERDALE, FL 33309




FLORIDA DEPT OF REV
AUDIT OFFICE TALLAHASSEE CENTRAL SERVICE
PO BOX 6417
TALLAHASSEE, FL 32314




FORWARD FINANCING
100 SUMMER ST., #1175
BOSTON, MA 02110




GENEVA CAPITAL
1311 BROADWAY ST
ALEXANDRIA, MN 56308




GENEVA CAPITAL
1311 BROADWAY ST
ALEXANDRIA, CO 80120




HUNTINGTON BANK
P.O. BOX 182232
COLUMBUS, OH 43218




HUNTINGTON BANK LINE OF CREDIT
P.O BOX 182232
COLUMBUS, OH 43218
```

HYDRAULIC SUPPLY CO & IGS
300 INTERNATIONAL PARKWAY
SUNRISE, FL 33325


JAY BRYANT
1017 RENTHAM LN
INDIANAPOLIS, IN 46217


KABBAGE
1-888-986-8263
WWW.KABBAGE.COM
NO ADDRESS SEEN


KO MANUFACTURING INC
2720 E. DIVISION STREET
417-866-8000
SPRINGFIELD, MO 65803


LAKE COUNTY TREAS
2293 N. MAIN STREET
CROWN POINT, IN 46307


LOUTRICA BRYANT
6763 BOWLING GREEN RD
SCOTTSVILLE, KY 42164


ON DECK 2016
1400 BROADWAY
NEW YORK, NY 10018

```
PAWNEE LEASING CORT
3801 AUTOMATION WAY
FORT COLLINS, CO 80525




PNC BANK 3056
P.O.BOX 856177
LOUISVILLE, KY 40285




PRINCIPIS BASS FINANCIAL
2 PERLMAN DRIVE
SUITE 201
SPRING VALLEY, NY 10977




PRINCIPIS US - HEBRON
132 W 31ST
SUITE 1310
NEW YORK, NY 10116




PRINCIPIS US - LOAN FRANKLIN
132 W 31ST
SUITE 1310
NEW YORK, NY 10116




PRINCIPIS US - LOAN FT. PIERCE
132 W 31ST
SUITE 1310
NEW YORK, NY 10116




PRINCIPIS US - SHEP
132 W 31ST
SUITE 1310
NEW YORK, NY 10116
```

```
REGIONS CC
P.O. BOX 2224
BIRMINGHAM, AL 35246




REGIONS LINE OF CREDIT
P.O. BOX 1984
BIRMINGHAM, AL 35201




SPRINGFIELD STATE BANK
P.O. BOX 231
SPRINGFIELD, KY 40069




TERRY BRYANT
6763 BOWLING GREEN RD
SCOTTSVILLE, KY 42164




TN DEPT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STATE OFFICE BUILDING
NASHVILLE, TN 37242




TPM GROUP
2040 RIVER ST.
BOWKING GREEN, KY 42101




US BANK FRANKLIN CC
P.O BOX 790408
ST. LOUIS, MO 63179
```

```
VALLEY BANK
PO BOX 17540
CLEARWATER, FL 33762




VIEW OUTDOOR ADVERTISING
9800 CONNECTICUT DR.
CROWN POINT, IN 46307
```

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Pride Truck Wash, LLC**                        Case No. _____
                                    Debtor(s)           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pride Truck Wash, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 8, 2019** | **/s/ KC Cohen** |
| Date | **KC Cohen 04310-49** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Pride Truck Wash, LLC** |
| | **KC Cohen, Lawyer, PC** |
| | **151 N Delaware St., Ste. 1106** |
| | **Indianapolis, IN 46204** |
| | **3177151845 Fax:3176368686** |
| | **kc@smallbusiness11.com** |